

Misc. No. 12–8025/AR. Michael G. New, Appellant v. United States, Appellee. On consideration of the writ-appeal petition, it is ordered that said writ-appeal petition is hereby denied.

No. 12–0600/AF. U.S. v. Mark W. Canant. CCA S26397. On consideration of Appellant's motion to attach a document and Appellee's motion to dismiss the petition for lack of jurisdiction, it is ordered that Appellee's motion to dismiss the petition for lack of jurisdiction is hereby granted, and Appellant's motion to attach a document is hereby denied as moot.

No. 13–0006/NA. U.S. v. Brian L. Brimeyer. CCA 201100141. Appellant's motion to extend time to file a supplement to the petition for grant of review granted to September 27, 2012.

No. 13–0007/AR. U.S. v. Walter S. Coleman. CCA 20100417. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 26, 2012.

No. 13–0008/AR. U.S. v. Godfrey J. Hurley. CCA 20080262. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 26, 2012.

No. 13–0009/AR. U.S. v. Roger Cruz. CCA 20100132. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 27, 2012.